UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>v.<br><br>GLENN YATES,<br><br>      Defendant. | Case No. 3:22-cv-2<br><br>ORDER<br><br>Judge Norman K. Moon |

**ORDER ON PLAINTIFF JANE DOE'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

Plaintiff Jane Doe's Motion for Leave to Proceed Under Pseudonym, Dkt. 5, is hereby **GRANTED** and Plaintiff is permitted to proceed as "Jane Doe" in this litigation. The Parties are further **ORDERED** not to file information containing Plaintiff's unredacted name or other personally identifying information.

Dated: 01/14/2022

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE